IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL AND FOR PLAINTIFF TO SHOW CAUSE** |

*This document relates to:*

    Jimmie Bruce, 07-1893 CRB
_____/

    Now pending for decision is the motion of the law firm of Hissey, Kientz & Herron, PLLC to withdraw as counsel for plaintiff Jimmie Bruce. After carefully considering the motion, and the reasons for seeking withdrawal, the Court ORDERS PLAINTIFF TO SHOW CAUSE as to why (1) counsel's motion to withdraw should not be granted; and (2) plaintiff's lawsuit should not be dismissed for a lack of prosecution. See Fed. R. Civ. P. 41. If plaintiff wishes to contest the withdrawal of counsel and/or dismissal of the plaintiff's lawsuit for failure to prosecute, plaintiff shall notify the Court in writing on or before **August 3, 2007** of the reasons the withdrawal should not be granted or the case dismissed. In particular, if plaintiff wishes to proceed with this action, he shall advise the Court of the name and address of his new counsel or, if he will be representing himself, he must advise the Court of his current contact information or whether he has provided the defense with plaintiff fact

1 sheets and releases for medical records. Plaintiff is warned that his failure to communicate
2 with the Court in writing as set forth above may result in dismissal of his action with
3 prejudice.
4     Counsel shall ensure that plaintiff receives a copy of this Order.
5 **IT IS SO ORDERED.**

Dated: July 11, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\hissey\bruceosc.wpd