1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7                                                      ) C07-1893
      IN RE: BEXTRA AND CELEBREX                       )
8     MARKETING SALES PRACTICES AND                    ) **MDL NO. 1699**
      PRODUCT LIABILITY LITIGATION                     ) **District Judge:  Charles R. Breyer**
9                                                      )

10    Jimmie Bruce, et al,                             )
                                                       )
11                              Plaintiff(s),          ) **STIPULATION AND ORDER OF**
                                                       ) **DISMISSAL WITH PREJUDICE**
12                    vs.                              )
                                                       )
13    Pfizer Inc, et al.                               )
                              Defendants.              )
14                                                     )
                                                       )
15                                                     )
                                                       )
16

17          Come now the Plaintiff(s), **Christopher Stratton and Hezdeyna Stratton** Defendants,

18   by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

19   41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing

20   its own attorneys' fees and costs.

21

22

23

24

25

26

27

DATED: **Jan. 6, 2010**   By: _____

Hissey Kientz, L.L.P.
Eric Walker, Esq.
David L. Friend, Esq.
9442 Capital of Texas Hwy N., Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101
Attorneys for Plaintiff(s)

DATED: **Jan. 6, 2010**   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN 1 9 2010

Hon. Charles R. Breyer
United States District Court